■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON MARCELLE, Appellant. [53 NYS3d 564]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 27, 2014 (*People v Marcelle*, 120 AD3d 833 [2014]), affirming a judgment of the Supreme Court, Kings County, rendered April 17, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Dillon, Miller and Maltese, JJ., concur.